UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
GARY LA BARBERA et al.,

                **Plaintiffs,**

  - against -

CROSS RIVER CONTRACTING CO., LLC, and
JANI RODRIGUEZ,

                **Defendants.**
-------------------------------------------------------------------------x

**AMENDED ORDER**

**06 CV 6640 (NG) (CLP)**

**GERSHON, United States District Judge:**

The court's calculation of damages as part of its Order dated April 22, 2009, was incorrect. The Clerk of Court is now directed to enter judgment against defendant Jani Rodriguez in the amount of $919,878.57. Of this $919,878.57 award, the judgment is joint and several with Cross River with regard to the amount of $778,074.56. As to the remaining amount of the award, $141,804.01, the judgment is against Jani Rodriguez alone.

                            SO ORDERED.

                            _____/s/ Nina Gershon_____
                            **NINA GERSHON**
                            **United States District Judge**

Dated: Brooklyn, New York
        June 05, 2009